[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
This is the plaintiff's motion for deficiency judgment following a judgment of strict foreclosure entered on May 30, 1995. On that date, the court, Bishop, J., found that the amount of the debt owed the plaintiff was $118,803.91. The court awarded $1,900 in attorney's fees, $200 in appraiser's fees, the $150 statutory search fee, and $555 in other costs. The court also set a law date for the owners of the equity of redemption of July 3, 1995. Title to the mortgaged property vested in the plaintiff on CT Page 4192-A July 6, 1995.
On May 28, 1996, the court held an evidentiary hearing on this motion. The substitute plaintiff and the defendants David and Mary Patenuade presented the testimony and reports of their respective expert real estate appraisers. The plaintiff's appraiser, Rene Glaude, opined that the fair market value of the property on July 6, 1995, was $58,000. Glaude employed the comparable market sales approach in arriving at this value and specifically considered that the mortgagee sold the subject property on February 2, 1996, for $52,000.
The defendants' appraiser, Clement Matteau, also used the comparable sales approach and valued the property at $89,430 as of July 6, 1995. He declined to use the February 2, 1996, sale of the subject property in his calculation of fair market value. Both experts agreed that the fair market value for the property has remained relatively constant since July 6, 1995.
The property in question is a wood-framed, four family apartment house located on .15 acre on School Street, Danielson. CT Page 4192-B The court has reviewed and considered all the evidence adduced in this matter, including the February 2, 1996, resale of the property, and finds that the fair market value of the property on July 6, 1995, was $70,000. The court grants the motion for deficiency judgment and enters judgment based on the following computations:
 Original foreclosure judgment debt ........................ $118,803.91 Search fee ................................................ 150.00 Appraisal fee for foreclosure hearing ..................... 200.00 Attorney's fee for foreclosure hearing .................... 1,900.00 Other costs ............................................... 555.00 Interest from judgment date to title vesting .............. 1,094.45 __________
 Total debt ................................................ $122,703.37 Less value of property .................................... - 70,000.00
Deficiency ................................................ $52,703.36 Statutory interest on deficiency from date title vested to date ....................... 4,764.96 Additional attorney's fees ................................ 500.00 Additional appraiser's fees ............................... 550.00 CT Page 4192-C __________
Deficiency judgment ....................................... $58,518.32
Sferrazza, J.